STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AKSHAY SANJEEVAIAH KRISHNAIAH,<br><br>               Plaintiff,<br><br>   v.<br><br>TERRI A. ROBINSON, Director, National Benefits Center, USCIS, *et al.*,<br><br>               Defendants. | C 3:21-cv-09594 AGT<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until May 12, 2022. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this action seeking review of United States Citizenship and Immigration Services' ("USCIS") decision denying his Form I-485, Application to Register Permanent Residence or Adjust Status.  On January 18, 2022, USCIS reopened the case, and vacated its prior decision.  In addition, USCIS plans issue a Notice of Intent to Deny to the Plaintiff within two weeks.  USCIS will review the responses and issue a decision or take further adjudicative action.

1   Accordingly, the parties stipulate and request that the proceedings in this case be stayed until
2   May 12, 2022, at which time the parties will file a joint status report with the Court. At that time, the
3   parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
4   appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
5   case will benefit the parties and conserve the Court's resources while the parties pursue a potential
6   administrative resolution. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests
7   that all signatories listed herein concur in the filing of this document.

8   Dated: January 21, 2022                                 Respectfully submitted,

                                                            STEPHANIE M. HINDS
                                                            United States Attorney


                                                             /s/ Elizabeth D. Kurlan
                                                            ELIZABETH D. KURLAN
                                                            Assistant United States Attorney
                                                            Attorneys for Defendants


    Dated: January 21, 2022
                                                             /s/ Sameeer Khedekar
                                                            SAMEER KHEDEKAR
                                                            Attorney for Plaintiff


                               **[PROPOSED] ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.


    Date:   February 7, 2022

                                                            _____
                                                            ALEX G. TSE
                                                            United States Magistrate Judge