1  Name: Sameer Khedekar, CA Bar # 230018

2  Address: Banyan Immigration PC

3  1049 El Monte Avenue, Suite C#10

4  Mountain View, CA  94040

5  Phone Number: (650) 275-3124

6  Fax Number: (650) 618-2077

7  E-mail Address: sameer@banyan.law

8  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AKSHAY SANJEEVAIAH KRISHNAIAH, | C 3:21-cv-09594 AGT |
| Plaintiff, | **STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND [PROPOSED] ORDER** |
| v. | |
| TERRI A. ROBINSON, Director, National Benefits Center, USCIS, et al., | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to a 30-day extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action.

Plaintiff will be substituting counsel and is in the process of identifying new counsel. Accordingly, the parties have stipulated that the response is due by August 22, 2022, at which time plaintiff will request the Court to substitute attorneys. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION TO EXTEND TIME
C 3:21-CV-09594 AGT                    1

The parties jointly request that the Court enter an order accordingly.

IT IS SO STIPULATED.

DATED: July 21, 2022						Respectfully submitted,

								STEPHANIE M. HINDS
								United States Attorney

								     /s/ Elizabeth D. Kurlan
								ELIZABETH D. KURLAN
								Assistant United States Attorney

DATED: July 21, 2022						BANYAN IMMIGRATION PC

								     /s/ Sameer Khedekar
								SAMEER KHEDEKAR

								Attorneys for Plaintiff

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 22, 2022

								Alex G. Tse
								United States Magistrate Judge